## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ZACHARY J. BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS, LTD.,<br><br>Defendant. | Case No. 1:20-cv-04719<br><br>Honorable Judge Rebecca R. Pallmeyer |

### JOINT STATUS REPORT PURSUANT TO COURT ORDER

Pursuant to the Court's November 9, 2020 Order [Dkt. 13], the Parties this Joint Status Report.

1. **Current Status of Discovery:**

    **Plaintiff:** Plaintiff issued discovery requests to Defendant and Defendant responded on December 15, 2020. Plaintiff intends on taking Defendant's deposition shortly after analyzing Defendant's discovery responses and document production. Additionally, Plaintiff has issued a subpoena to his wireless telephone carrier.

    **Defendant:** Defendant issued discovery requests to Plaintiff on January 12, 2021 and Plaintiff's responses are due on February 11, 2021. Defendant will depose Plaintiff after analyzing Plaintiff's discovery responses, Plaintiff's telephone carrier's response to Plaintiff's subpoena and any follow-up written discovery.

2. **Status of Settlement Discussions:**

    **Plaintiff:** Plaintiff and Defendant have exchanged demands. However, the Parties are far apart at this time and will reevaluate settlement after written discovery. Plaintiff believes that a settlement conference will not be productive until written discovery is completed.

    **Defendant:** Defendant has made offers to resolve the case and provided explanation and documents to support it's settlement position. Defendant believes that once Plaintiff responds to Defendant's discovery requests and the parties receive Plaintiff's telephone carrier's response to Plaintiff's subpoena, the parties would be in a better position to reevaluate settlement. Defendant does not believe that a settlement conference will be fruitful at this time.

3. **Request for Telephone Status Hearing:**

**Plaintiff:** Plaintiff does not request a telephone status hearing at this time.

**Defendant:** Defendant does not request a telephone status hearing at this time.

DATED: January 15, 2021

Respectfully submitted,

*/s/Victor T. Metroff*

Victor T. Metroff
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
+1 630-575-8180
mbadwan@sulaimanlaw.com
vmetroff@sulaimanlaw.com

*Counsel for Plaintiff*

*/s/ Lindsey A.L. Conley*
David M. Schultz
Lindsey A.L. Conley
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone: 312-704-3000
Fax: 312-704-3001
dschultz@hinshawlaw.com
lconley@hinshawlaw.com

*Counsel for Defendant*