UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZACHARY J. BOYD,<br><br>   Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS, LTD,<br><br>   Defendants. | Case No. 1:20-cv-04719 |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ZACHARY J. BOYD ("Plaintiff") and HARRIS & HARRIS, LTD. ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: April 22, 2021

Respectfully submitted,

**ZACHARY J. BOYD**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1