## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ZACHARY J. BOYD,<br><br>　Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS, LTD.,<br><br>　Defendant. | Case No. 1:20-cv-04719 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ZACHARY J. BOYD, and the Defendant, HARRIS & HARRIS, LTD., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| Dated: August 12, 2021 | Respectfully Submitted, |
| ZACHARY J. BOYD | HARRIS & HARRIS, LTD. |
| */s/ Mohammed O. Badwan*<br>Mohammed O. Badwan<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-575-8181<br>mbadwan@sulaimanlaw.com | */s/ David M. Schultz*<br>David M. Schultz<br>HINSHAW & CULBERTSON LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>Telephone: 312-704-3000<br>Facsimile: 312-704-3001<br>dschultz@hinshawlaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify on August 12, 2021, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

*/s/ Mohammed O. Badwan*