# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Zachary J. Boyd
                              Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:20−cv−04719
　　　　　　　　　　　　　　　　　　　Honorable Rebecca R. Pallmeyer

Harris & Harris, Ltd.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 16, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to parties' stipulation of dismissal, this case is dismissed with prejudice. All pending dates are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.